

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. Case No. '08 MJ 8366 |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation |
| Juan Antonio CALITO-Chitay, | ) | |
| Defendant. | ) | |

The undersigned complainant, being duly sworn, states:

On or about April 30, 2008, within the Southern District of California, defendant Juan Antonio CALITO-Chitay, an alien, NICARAGUA who previously had been excluded, deported, and removed from the United States to ~~Mexico~~ was apprehended in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 1ST DAY OF MAY 2008.

_____
PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
   v.
Juan Antonio CALITO-Chitay

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent R. Harrington, that the Defendant was arrested on April 30, 2008 east of Calexico, California.

BPA Harrington was performing his assigned Border Patrol duties approximately 3.5 miles east of the downtown Calexico, California, Port of Entry. At approximately 9:00 p.m. the Remote Video Surveillance Systems (RVSS) Operators observed a group of individuals cross the United States/Mexico International Boundary by rafting across the All American Canal. The RVSS operator maintained constant visual of the group as they ran north into an agricultural field. Agent Harrington responded to the area. The RVSS operator guided Agent Harrington to the group's location. Agent Harrington found five subjects one later identified as, Juan Antonio CALITO-Chitay. Agent Harrington identified himself as a United States Border Patrol Agent and questioned him as to his immigration status. CALITO-Chitay stated that he was a citizen of Mexico illegally in the United States. CALITO-Chitay also admitted to entering the United States by crossing over the International Border. CALITO-Chitay was arrested and transported to the Calexico Border Patrol Station for further processing.

Record checks revealed that an Immigration Judge ordered CALITO-Chitay deported on October 22, 2006. Record checks also revealed CALITO-Chitay was not a citizen of Mexico, but a citizen of Nicaragua. Record checks revealed that CALITO-Chitay has an extensive criminal record.

There is no evidence CALITO-Chitay has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.